UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

**THOMAS C. BURCHER,**

    **Plaintiff,**

**v.**                                            **Civil Action No. 4:08cv106**

**SIEMANS AUTOMOTIVE CORPORATION,**

    **Defendant.**

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANT'S EXPERT WITNESS, WILLIAM H. DALEY, III

NOW COMES the Plaintiff, Thomas C. Burcher, by counsel and pursuant to Rules 702 and 401 of the Federal Rules of Evidence, *Daubert v. Merrell-Dow Pharms.*, 509 U.S. 579 (1993) and *Kumho Tire Co. v. Carmichael,* 526 U.S. 137 (1999) move this Court for entry of an Order excluding Defendant's designated expert witness, William H. Daley, III, from testifying at trial or otherwise rendering opinion evidence in this cause.

1.    William H. Daley, III is designated as presumably an expert witness in slip and fall investigation and mechanical engineering. His report and opinions fail to address any issue outside of a lay juror's common experience or ability and does not satisfy Rule 702 *et seq.* of the Federal Rules of Evidence. Therefore, Plaintiff, Thomas C. Burcher, moves this Court to exclude William H. Daley, III's testimony entirely.

The reasons for granting this motion are set forth in greater detail in the Brief filed contemporaneously with this motion.

THOMAS C. BURCHER

By: _____/s/_____
Adam H. Lotkin, Esquire
VSB No. 45588
Counsel for the Plaintiff
alotkin@norrisstclair.com
Norris St. Clair & Lotkin
2840 South Lynnhaven Road
Virginia Beach, VA 23452
(757) 498-7700
(757) 498-7744 facsimile

CERTIFICATE OF SERVICE

I hereby certify that on the 24rd day of June 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Shepherd D. Wainger, Esquire, VSB#33107
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA 23510
swainger@mcguirewoods.com
Counsel for Defendants,
Continental Automotive Systems US, Inc.

Service by U.S. mail:
Arthur G. Lambiotte, Esquire, VSB#06842
Timothy H. Hankins Law Office
306 Main Street
Newport News, VA 23601
Co-Counsel for Plaintiff

_____/s/_____
Adam H. Lotkin, Esquire
VSB No. 45588
Counsel for the Plaintiff
alotkin@norrisstclair.com
Norris St. Clair & Lotkin
2840 South Lynnhaven Road
Virginia Beach, VA 23452
(757) 498-7700
(757) 498-7744 facsimile